# MEMORANDA

## OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

Nos. 2,493 and 2,494.—STATE OF MONTANA, PLAINTIFF AND RESPONDENT, *v.* WILLIAM P. FARRELL.

*Appeal from District Court, Silver Bow County; Michael Donlan, Judge.*

On motion to dismiss appeals.

Decided December 6, 1907.

PER CURIAM.—Upon motion of attorneys for appellant, and no objections being offered by the attorney general, it is hereby ordered that the judgments and orders denying motions for new trials, made and entered in the above-entitled causes, be, and the same are hereby, reversed and the causes remanded to the district court with directions to dismiss the informations in both causes.

*Mr. Peter Breen, Mr. Jesse B. Roote,* and *Mr. A. C. McDaniel,* for Appellant.

*Mr. Albert J. Galen,* for Respondent.